**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| JUAN ANTONIO CUELLAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-23-CV-237-KC |
| | § | |
| PRISCILLA RODRIGUEZ et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

On this day, the Court considered Plaintiff's Stipulation of Dismissal with Prejudice, ECF No. 21, filed on October 27, 2023. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Plaintiff's claims against Defendant Atlantic Specialty Insurance Company are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff and Defendant Atlantic Specialty Insurance Company shall pay their own costs and fees.

**IT IS FURTHER ORDERED** that Plaintiff shall **FILE** a notice, **on or before November 6, 2023**, informing the Court whether he intends to proceed with claims against the remaining Defendants.

**SO ORDERED**.

**SIGNED** this 30th day of October, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE