**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **JUAN ANTONIO CUELLAR,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-23-CV-237-KC** |
| | § | |
| **PRISCILLA RODRIGUEZ et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

On this day, the Court considered the above-captioned case.  On October 27, 2023, Plaintiff filed a Stipulation of Dismissal with Prejudice, ECF No. 21, requesting that the Court dismiss all claims against Defendant Atlantic Specialty Insurance Company with prejudice.  *Id.* at 1.  The Court obliged and dismissed the claims against Atlantic Specialty Insurance Company. *See* Oct. 30, 2023, Order 1, ECF No. 22.  But the Court also ordered Plaintiff to "[file] a notice, on or before November 6, 2023, informing the Court whether he intends to proceed with claims against the remaining Defendants." *Id.*  That date has now passed, and Plaintiff has not filed notice.

Accordingly, it is **ORDERED** that Plaintiff's claims against the remaining Defendants in this case are **DISMISSED** without prejudice to the rights of any party to move to reopen **on or before December 7, 2023**, if the claims have not, in fact, been resolved with the other Defendants.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 7th day of November, 2023.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE